# Exhibit A

# HEY Skadden

We Run.  We Fetch.  We Roll Over.

## I Found Your Spine In The Trash

## Lying Next To Your Values!

### Skadden  Skadden
### Trump's $100 MILLION Lap Dog

★★★★★★★★★★★★★

Looking for Integrity and Fight?

JENNER & BLOCK    WILMERHALE