

W. McKinney Brown, Esq.<br>
212.915.5682 (direct)<br>
212.490.3000 (main)<br>
McKinney.Brown@wilsonelser.com

January 12, 2026

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      RE:    *David O'Keefe v. The City of New York, et al.*
             Case No.        : 1:25-cv-10532
             <u>Our File No.     : 20147.00435</u>

To The Honorable John P. Cronan:

    Our office represents the defendant Allied Universal in the above-referenced lawsuit. We have reached an agreement with plaintiff's counsel for an extension of time to answer the pending complaint, which was served on December 23, 2025, to January 27, 2026. The fully-executed stipulation will be filed within the next few days.

    Please do not hesitate to contact the undersigned should the Court have any questions or require anything further.

                                        Respectfully Submitted,

                                        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                        W. McKinney Brown, Esq.

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY