

W. McKinney Brown, Esq.
212.915.5682 (direct)
212.490.3000 (main)
McKinney.Brown@wilsonelser.com

February 2, 2026

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      RE:    *David O'Keefe v. The City of New York, et al.*
             Case No.      :  1:25-cv-10532
             Our File No.  :  20147.00435

To The Honorable John P. Cronan:

    Our office represents the defendant Allied Universal in the above-referenced lawsuit. We have reached an agreement with plaintiff's counsel for an extension of time to answer the pending complaint, which was served on December 23, 2025, to February 2, 2026. The fully-executed stipulation is annexed hereto.

    Please do not hesitate to contact the undersigned should the Court have any questions or require anything further.

                              Respectfully Submitted,

                              **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                              W. McKinney Brown, Esq.

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
DAVID O'KEEFE,

                Plaintiff,          Case No.: 1:25-cv-10532

  -against-                    **STIPULATION EXTENDING TIME TO ANSWER**

THE CITY OF NEW YORK, ALLIED UNIVERSAL, BOP
NE LLC, BROOKFIELD PROPERTIES, and NEW YORK
CITY POLICE OFFICERS JAMES FARRELL and
MARIAN BENCEA,

                Defendants.
------------------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties that the time for defendant ALLIED UNIVERSAL to appear, respond or answer, is hereby extended to the 2nd day of February, 2026.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that an executed electronic or facsimile copy of this stipulation shall be deemed as an original, and that this stipulation may be electronically filed without further notice.

Dated: New York, New York
        January 23, 2026

| GIDEON LAW | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|---|---|
| By: _____ | By: _____ |
| Gideon Oliver, Esq. | W. McKinney Brown, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 277 Broadway, Suite 1501 | ALLIED UNIVERSAL |
| New York, NY 10007 | 150 East 42nd Street |
| | New York, NY 10017 |