

| | |
|---|---|
| Douglas H. Flaum<br>+1 212 813 8884<br>DFlaum@goodwinlaw.com | Goodwin Procter LLP<br>620 8th Avenue<br>New York, NY 10018<br><br>goodwinlaw.com<br>+1 212 813 8800 |

February 6, 2026

<u>Via CM/ECF</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    RE: *David O'Keefe v. The City of New York, et al.* **(S.D.N.Y., No. 25-cv-10532)**

Dear Judge Cronan:

This Firm represents Defendants Brookfield Properties and BOP NE, LLC (together, "Brookfield") in the above-captioned matter. We write in regards to the schedule in this case, and in particular to address the February 2, 2026 First Letter to the Court from Defendant Allied Universal ("Allied") (ECF No. 29), the February 3, 2026 Letter to the Court from Defendant City of New York (the "City") (ECF No. 30), and the February 5, 2026 First Letter to the Court from Plaintiff David O'Keefe ("Plaintiff") (ECF No. 32).

Brookfield intends to move to dismiss Plaintiff's Complaint in its entirety, and understands that Allied and possibly the City (as well as the City on behalf of the Defendant NYPD Officers James Farrell and Marian Bencea) intend to do the same. *See* ECF Nos. 29, 30. Thus, Brookfield agrees with Plaintiff that the interests of judicial economy and efficiency will be best served if all Defendants have the same deadline to respond to the Complaint. *See* ECF No. 32. Currently Brookfield and the City share a March 16, 2026 deadline to respond to the Complaint. *See* ECF Nos. 17, 18, 31. Allied's February 3, 2026 Letter requests a deadline of February 23, 2026 to move to dismiss the Complaint. *See* ECF No. 29.

Plaintiff's Letter assumes that Brookfield's deadline to file its motion to dismiss is March 16, 2026, *see* ECF No. 32, but Brookfield understands Your Honor's Rules and Practices to require that it file a pre-motion letter by the March 16, 2026 response deadline. Cronan, J. Individual Rules and Practices in Civil Cases, at 8. Submission of the "pre-motion letter in connection with a pre-answer motion to dismiss" then stays Brookfield's "obligation to answer or move against the complaint through the deadline to move to dismiss." *Id.* at 8-9.

In accordance with these Rules, Brookfield respectfully requests that the Court decline Plaintiff's suggestion to expedite this case by setting the deadline for Brookfield to file its motion to dismiss, **as opposed to its pre-motion letter**, to March 16, 2026. Moreover, Brookfield believes it would be premature for Your Honor to set a schedule for briefing at this time, before the parties have had the opportunity to submit to Your Honor their pre-motion letters and Your Honor has had the


February 6, 2025
Page **2** of **2**

opportunity to consider whether a pre-motion conference—or some other action—is warranted based on the parties' pre-motion letters.

Accordingly, Brookfield respectfully requests that Your Honor set a deadline of March 16, 2026 for *all* Defendants to provide to the Court their pre-motion letters, set a deadline of March 19, 2026 for Plaintiff to submit any pre-motion letter(s) in response, and defer setting a briefing schedule until the Court has had an opportunity to consider the parties' pre-motion materials and determine what action, if any, is appropriate. Alternatively, Brookfield proposes that the deadline for filing the motion to dismiss be set based on the date the Court holds, or declines to schedule, a pre-motion conference. If the Court prefers that path, Brookfield respectfully requests that Defendants' motions to dismiss be due 30 days after that date, with oppositions due 30 days later and replies due 21 days after the oppositions.

Thank you for your consideration of this matter.

Sincerely,

Douglas H. Flaum

Counsel for Brookfield Properties and BOP NE, LLC

cc:   Mary O'Flynn, Counsel for the City of New York
      W. McKinney Brown, Counsel for Allied Universal
      Gideon Oliver, Counsel for Plaintiff
      Michael Linhorst, Counsel for Plaintiff
      Daniela del Rosario Wertheimer, Counsel for Plaintiff