

W. McKinney Brown, Esq.
212.915.5682 (direct)
212.490.3000 (main)
McKinney.Brown@wilsonelser.com

February 19, 2026

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      RE:    *David O'Keefe v. The City of New York, et al.*
             Case No.      :  1:25-cv-10532
             Our File No.  :  20147.00435

To The Honorable John P. Cronan:

      Our office represents the defendant Allied Universal ("Allied") in the above-referenced lawsuit. We write in response to the letter of the defendants Brookfield Properties and BOP NE, LLC (collectively, "Brookfield"), regarding Brookfield's proposed revised briefing schedule for the forthcoming motions to dismiss, for those defendants who intend on filing.

      Allied has no objection Brookfield's proposed deadline, since—among other things—it would allow analogous arguments of fact and law to be considered by the Court simultaneously. **Allied will adopt the proposed revised deadline of March 16, 2026 for these motions, unless the Court directs otherwise.**

      Please do not hesitate to contact the undersigned should the Court have any questions or require anything further.

                              Respectfully submitted,

                              **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                              W. McKinney Brown, Esq.